**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Plaintiff
Wellgen Standard, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-19548-NB |
| LAYFIELD & BARRETT, APC, | Chapter 11 |
| Debtor. | Adv. No. 2:17-ap-01503-NB |
| ADVOCATE CAPITAL, INC., | **NOTICE OF CONTINUED STATUS CONFERENCE** |
| Plaintiff, | |
| v. | **DATE:    January 15, 2019**<br>**TIME:    11:00 a.m.**<br>**CTRM:    1545** |
| MAXIMUM LEGAL (CALIFORNIA), LLP, CALIFORNIA ATTORNEY LENDING ii, iNC., MAXIMUM LEGAL, LLC, TODD D. WAKEFIELD, JOSEPH MARTIN BARRETT AND RICHARD M. PACHULSKI, TRUSTEE, | |
| Defendants. | |

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that status conference in the above-captioned matter has been continued to **January 15, 2019**, at **11:00 a.m.** in **Courtroom 1454** of the United

1196980v1                                                                                                           NOTICE

States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, California.

Dated:  December 4, 2018                    WEILAND GOLDEN GOODRICH LLP

By: /s/ JEFFREY I. GOLDEN
    Jeffrey I. Golden
    Attorneys for Plaintiff
    Wellgen Standard, LLC

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1196980v1                                  2                                             NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 4, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 4, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 4, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil Bason, 255 E. Temple Street, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 4, 2018 | Kelly Adele | *(signed)* Kelly Adele |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**
1196980.1

**VIA U.S. MAIL**

Richard Pachulski (TR)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Maximum Legal (California), LLP
633 West 5th Street
Suite 3300
Los Angeles, CA 90071

Maximum Legal (California) LLP
c/o Howard Ehrenberg
SulmeyerKupetz
333 S Hope St 35FL
Los Angeles, CA 90071-1406

Todd D. Wakefield
P.O. Box 983056
Park City, UT 84098

David W. Affeld, Esq.
Christopher Grivakes, Esq.
Damion D.D. Robinson, Esq.
Affeld Grivakes LLP
2049 Century Park East, Ste 2460
Los Angeles, CA 90067
Attorneys for Joseph Martin Barrett

The Dominguez Firm
3250 Wilshire Boulevard, #2200
Los Angeles, CA 90010

**Electronic Mail Notice List**
Jason Balitzer    jbalitzer@sulmeyerlaw.com,
jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
James KT Hunter    jhunter@pszjlaw.com
Richard W Labowe    richardwlabowe@gmail.com, llhlaw1631@aol.com
David W. Meadows    david@davidwmeadowslaw.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
Damion Robinson    dr@agzlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov